IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11cv2335 RPM-MJW

CLINT SANDEL,

    Plaintiff,

v.

ENCANA OIL & GAS (USA), INC., a Delaware corporation.

    Defendant.

_____

**ORDER RE UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**
_____

This matter is before the Court on the Motion to Withdraw as Counsel by Attorneys Sander N. Karp, T. Damien Zumbrennen and Karp Neu Hanlon, P.C. and good cause appearing therefore, it is

ORDERED that the Motion is granted. Sander N. Karp, T. Damien Zumbrennen, and Karp Neu Hanlon, PC, have no further responsibility as counsel for the plaintiff Clint Sandel in this action and the Clerk is directed to terminated their electronic service in this case. It is

FURTHER ORDERED that the Clerk shall mail a copy of this order upon the plaintiff Clint Sandel, 379 Kathleen Circle, Grand Junction, CO 81501.

DATED: February 8th, 2012

                BY THE COURT

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge