IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02335-RPM

CLINT SANDEL,

    Plaintiff,

v.

ENCANA OIL & GAS (USA), INC.,

    Defendants.

_____

ORDER FOR STATUS REPORT
_____

On December 21, 2011, this Court entered an order for stay pending arbitration. Nothing further has been filed informing the status of arbitration proceedings and it is now

ORDERED that counsel shall file a status report on or before August 6, 2012.

DATED: July 27th, 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge