IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02335-RPM

CLINT SANDEL,

      Plaintiff,

v.

ENCANA OIL & GAS (USA), INC., a Delaware corporation,

      Defendant.

_____

## ORDER OF DISMISSAL
_____

      The plaintiff having failed to respond to the Order to Show Cause entered August 15, 2012, it is now

      ORDERED that this civil action is dismissed with prejudice for the failure of the plaintiff to prosecute this case.

      DATED: September 5th, 2012

                                    BY THE COURT:

                                    s/ Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge